

11-CV-02027-CMP


FILED
LODGED
RECEIVED  MAIL

DEC 07 2011

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RASHID ALI HASSAN ) NO. 11-CV-2026 JCC-BAT
PLAINTIFF )
) CIVIL RIGHTS LAWSUIT
)
) PURSUANT TO U.S.C. §1983
)
V. )
)
YARDEN WEIDENFELD )
TIMOTHY ADAMS )
RACHELLE GLORIOSO )
JESSI ADAMS )
JENNIFER MCEWEN )
RAY CHI )
DARRYL HOBBS )
OFFICER Mc LAUGHLIN THOMAS )
OFFICER, TAMMY FRAME )
SEATTLE CITY POLICE WEST PRECINCT )
DEFENDANTS )

I.(JURISDICTION)

THIS HONORABLE COURT HAS JURISDICTION BECAUSE THE CRIMINAL ACTS COMMITTED AGAINST THE PLAINTIFF BY THE DEFENDANTS WAS COMMITTED IN SEATTLE WASHINGTON.

II.(PARTIES)

PLAINTIFF: RASHID ALI HASSAN,# 725705, MSU, P.O. BOX 7001,MONROE WA. 98272

CONT.FRM.PG.1
HASSAN V. WEIDENFELD ET AL.
NO._____

DEFENDANTS: YARDEN F. WEIDENFELD,-PROSECUTING ATTORNEY FOR KING COUNTY WASHINGTON, 516 THIRD AVENUE, SEATTLE, WA 98104

OFFICER McLAUGHLIN THOMAS, W. PRECINCT 810 VIRGINA ST. SEATTLE, WA 98104, OFFICER TAMMY, FRAME, AT THE SAME ADDRESS ABOVE.

THE FOLLOWING ADDRESSES IS NOT YET KNOWN TO THE PLAINTIFF:

TIMOTHY ADAMS, RACHELLE GLORIOSO, JESSI ADAMS, JENNIFER MCEWEN, RAY CHI, AND DARRYL HOBBS.

TO THE BEST OF PLAINTIFF KNOWLEDGE ALL DEFENDANTS RESIDE IN KING COUNTY WASHINGTON.

CONT.FRM.PG.2
HASSAN V. WEIDENFELD ET AL.
NO._____

### III.(COMPLAINT)

COMPLAINT NUMBER (1):

ON JANUARY 17,2009 I WAS WAITING FOR THE BUS WHEN A GROUP OF PEOPLE CAME TO ME ASKING ME A QUESTION ABOUT IF I KNEW WHO MESSED WITH HIS GIRLFRIEND." I BASICALLY TOLD HIM,"I DON'T KNOW." AND WALKED AWAY TO THE BUS SHELTOR, TIMOTHY ADAMS FOLLOWED ME TO THE BUS SHELTER, AND AGAIN ASK ME,"IF I KNEW WHO BOTHERED HIS FEMALE FRIEND." AT THIS POINT I WAS FED-UP AND TIRED OF HIM HARASSING ME, SO I ASKED HIM,"TO PLEASE LEAVE ME ALONE." THEN HE HIT ME, I WAS KNOCKED DOWN TO THE GROUND, I TRIED TO GET UP, AND HE KEPT ON KNOCKING ME DOWN TO THE GROUND, THEN HE KICKED ME SEVERAL TIMES, I PULLED A KNIFE FROM MY POCKET TO PROTECT MYSELF, AT WHICH TIME HIS BROTHER JESSI ADAMS AND RACHELLE GLORIOSO, JENNIFER MCEWEN,RAY CHI, AND DARRYL HOBBS JOINED HIM KICKING ME AND BEATING ME FOR APPROXIMATELY [30] MINUTES EVEN WHEN THE POLICE GOT THERE I WAS STILL BEING BEATEN. *(I REMEMBER TIMOTHY ADAMS WALKING TO THE POLICE AND TELLING THEM THAT I STABBED HIM, WHILE HIS BROTHER AND FRIENDS CONTINUED KICKING ME AND BEATING ME. AND LET THE FACT BE KNOWN THAT I AM HANDYCAPP.

COMPLAINT NUMBER (2):

THE POLICE CAME AFTER THE BEATING AND TALKED TO ME WHILE I WAS STILL ON THE GROUND BUT NOW ON MY KNEES. POLICE OFFICER McLAUGHLIN SAID TO ME I AM GOING TO JAIL", I RESPONDED, WHY ? THESE PEOPLE ATTACKED ME," HE RESPONDED,"YOUR GOING TO JAIL BECAUSE YOUR A DRUG DEALER."

CONT.FRM.PG.3
HASSAN V. WEIDENFELD ET AL.
NO._____

COMPLAINT NUMBER (2):CONT.:

HE PLACED HANDCUFFS ON ME AND TOOK ME TO THE POLICE STATION. I WAS THERE APPROXIMATELY (2 HOURS), THEN I WAS TAKEN TO KING COUNTY JAIL AFTER A WHILE OF ARRIVING AT KING COUNTY JAIL A NURSE TOLD THE SEATTLE POLICE OFFICER TO TAKE ME TO THE HOSPITAL, BECAUSE I WAS TOO HURT TO BE ADMITTED TO KING COUNTY JAIL, I HAD BLOOD EVERYWHERE WITH CUTS ON EVERY PART OF MY BODY AND BROKEN BONES I WAS ADMITTED TO HARBORVIEW MEDICAL CENTER WHERE I HAD THREE SURGERIES I WAS ADMITTED FOR 3 OR 4 DAYS. NEXT THING I KNOW I WAS CHARGED WITH ASSAULT IN THE FIRST DEGREE WHERE I REMAINED IN JAIL (90) DAYS THREE MONTHS DEFENDANT McLAUGHLIN AND DEFENDANT TAMMY FRAME FALSIFIED THE POLICE REPORT, AND SAID I FOLLOWED THE DEFENDANTS FOR THREE BLOCKS AND HARASSED THEM. I WAS EVENTUALLY FOUND NOT GUILTY BY REASON OF SELF-DEFENSE.


COMPLAINT NUMBER (3):

THE DEFENDANT PROSECUTING ATTORNEY YARDEN WEIDENFELD CONSPIRED WITH THE DEFENDANTS OFFICER McLAUGHLIN, AND OFFICER FRAME TO FALSIFY CHARGES OF FIRST DEGREE ASSAULT AGAINST ME-(OF WHICH I WAS FOUND NOT GUILTY BY WAY OF SELF-DEFENSE)- AND ALSO ATTEMPTED TO PERSUADE MY WITNESSES NOT TO TESTIFY. BECAUSE OF THIS CONSPIRACY I SUFFERED THE DEPRIVATION OF MY LIBERTY AND SERIOUS MENTAL ANGUISH FROM THE INJURIES INFLICTED BY THE DEFENDANTS IN CLAIM ONE.


IV.(RELIEF)

THE PLAINTIFF ASK FOR $750,000 DOLLARS IN CLAIM ONE WHICH WILL BE PAID BY ALL OF THE DEFENDANTS IN CLAIM ONE.
THE PLAINTIFF ASK FOR $3,000,000 INDIVIDUALLY FROM OFFICERS

CONT.FRM.PG.4
HASSAN V. WEIDENFELD ET AL.
NO._____

RELIEF CONT.:

MCLAUGHLIN, AND OFFICER FRAME. FOR CLAIM TWO.
AND $3,000,000 FROM DEFENDANT WEIDENFELD FOR CONSPIRACY AND OFFICIAL MISCONDUCT THAT RESULTED IN INJURIES IN CLAIM THREE.

I CERTIFY AND OR VERIFY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY PURSUANT TO 28 USC §1746 SIGNED AND EXECUTED THIS 5 DAY OF DECEMBER 2011.

_____
MR. RASHID ALI HASSAN
725705
MSU-A-404-U
P.O. BOX 7001
MONROE, WA 98272