

11-CV-02026-BR





UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RASHID ALI HASSAN,
PLAINTIFF,

V.

YARDEN WEIDFELD, et al.,
DEFENDANTS.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

NO. C11-2026-JCC-BAT

PLAINTIFF AMENDS THIS COMPLAINT
PURSUANT TO 42 U.S.C.§1983 AND
IN CONFORMITY WITH THIS COURT'S
JANUARY 3,2012 ORDER."


I. (AMENDMENT AS TO DEFENDANTS)

PLAINTIFF MOVES TO VOLUNTARILY DISMISS THE FOLLOWING DEFENDANTS:

YARDEN WEIDENFELD,

TIMOTHY ADAMS,

RACHELLE GLORIOSO,

JESSI ADAMS,

JENNIFER McEWEN,

RAY CHI, ANDDARRYL HOBBS.

AND WITHOUT PREJUDICE.


II.( AMENDED COMPLAINT)

PLAINTIFF RESPECTFULLY MOVES TO MAKE THE FOLLOWING AMENDMENTS:


PG. 1 OF 3

CONT.FRM.PG.1
AMENDED COMPLAINT
NO.C11-2026-JCC-BAT

PLAINTIFF VOLUNTARILY DISMISSES COMPLAINT (1), WITHOUT PREJUDICE.

PLAINTIFF VOLUNTARILY DISMISSES COMPLAINT (3) WITHOUT PREJUDICE.

PLAINTIFF AMENDS COMPLAINT (2) AS FOLLOWS:
THE POLICE CAME AFTER THE BEATING AS TESTIFIED IN COMPLAINT
NUMBER (1), AND EVEN THOUGH THE PLAINTIFF WAS SEVERELY INJURED
DEFENDANT McLAUGHLIN SAID, "QUOTE, "YOU'RE GOING TO JAIL," I
RESPONDED, WHY? THESE PEOPLE ATTACKED ME," HE RESPONDED, "YOUR
GOING TO JAIL BECAUSE YOUR A DRUG DEALER." "UNQUOTE." HE
DEFENDANT McLAUGHLIN AND DEFENDANT FRAME THEN WITHOUT REASON
AND WHILE THE PLAINTIFF WAS SEVERELY INJURED USED AN EXCESSIVE
USE OF FORCE AGAINST THE PLAINTIFF CAUSING MORE INJURY BOTH
DEFENDANTS THE TRANSPORTED ME TO THE POLICE STATION. I WAS THERE
APPROXIMATELY (2HOURS), THEN I WAS TAKEN TO KING COUNTY JAIL,
AFTER A WHILE OF ARRIVING AT KING COUNTY JAIL A NURSE TOLD THE
SEATTLE POLICE OFFICER TO TAKE ME TO THE HOSPITAL BECAUSE I
WAS TOO SEVERELY INJURED TO BE ADMITTED TO KING COUNTY JAIL.
I HAD BLOOD EVERYWHERE WITH CUTS ON EVERY PART OF MY BODY AND
BROKEN BONES I WAS ADMITTED FOR 3 OR 4 DAYS TO HARBORVIEW MEDICAL
CENTER WHERE I HAD SERIOUS SURGERIES. NEXT THING I KNOW I WAS
CHARGED WITH ASSAULT IN THE FIRST DEGREE WHERE I REMAINED IN
JAIL (90DAYS), DEFENDANT McLAUGHLIN AND DEFENDANT FRAME FALSIFIED
THE POLICE REPORTS, AND SAID I FOLLOWED THE DEFENDANTS IN CLAIM
(1) FOR THREE BLOCKS AND HARASSED THEM." I WAS EVENTUALLY FOUND
NOT GUILTY BY REASON OF SELF-DEFENSE.

CONT.FRM.PG.2
AMENDED COMPLAINT
NO.C11-2026-JCC-BAT

III. (RELIEF)

THE  PLAINTIFF  ASK  FOR  $3.000.000  INDIVIDUALLY  FROM  OFFICERS
McLAUGHLIN AND OFFICER FRAME. AND AN AMOUNT SET BY A JURY AGAINST
SEATTLE CITY POLICE WEST PRECINCT.

I PLAINTIFF CERTIFY AND OR VERIFY THAT THE FOREGOING IS TRUE
AND CORRECT TO THE BEST OF MY KNOWLEDGE UNDER PENALTY OF PERJURY
PURSUANT TO 28 U.S.C. §1746 SIGNED AND EXECUTED THIS 2    DAY
OF FEBRUARY 2012.

_____
MR. RASHID ALI HASSAN
# 725705
MSU-A-404-L
P.O. BOX 7001
MONROE, WA 98272