The Honorable Brian A. Tsuchida

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

|  |  |
|---|---|
| RASHID ALI HASSAN,<br><br>     Plaintiff,<br><br>  v.<br><br>OFFICER THOMAS McLAUGHLIN, *et al.*,<br><br>     Defendants. | Case No. C11-2026-JCC-BAT<br><br>DECLARATION OF THOMAS P. McLAUGHLIN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT |

I, Thomas P. McLaughlin, being familiar with the facts set forth herein based on my personal knowledge and being competent to testify, hereby declare under penalty of perjury that the following is true and correct:

1. I am a commissioned Police Officer employed with the Seattle Police Department for 15 years.

DECLARATION OF THOMAS P. McLAUGHLIN IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT
(C11-2026-JCC-BAT) - 1

PETER S. HOLMES
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

2. On the night of January 17, 2009, I was on routine patrol in a marked police car with my partner when Officer Tammy Frame called out an "on view" disturbance over her radio, which means a disturbance personally observed by the officer. My partner and I responded and proceeded to the scene near the intersection of Third Avenue and Bell Street in Seattle's Belltown neighborhood.

3. When we arrived at the scene, several other officers had already arrived and Mr. Hassan was in custody. I observed Officer Frame speaking with Mr. Adams, who had blood on his face. I also saw Mr. Hassan from a distance of approximately 75 feet away. He was with two or three other officers, and I did not approach him.

4. Officer Frame pointed to a male at the scene and stated that he was a possible witness. I spoke to that man, witness Darryl Hobbs, who stated that Mr. Hassan followed the group for several blocks, verbally harassing a female member of their group and calling her a "bitch," then, after an altercation ensued, Mr. Hassan stabbed Mr. Adams. I did not speak with Mr. Hassan, and I never touched him or used any force against him.

5. After speaking with the witness, I had no further contact with him or with any of the witnesses. I did not accompany Mr. Hassan to the West Precinct and I was not responsible for obtaining medical care for him. I later returned to the West Precinct and completed a narrative report. A true and correct copy of that report, taken from General Offense Incident Report #2009-20501 dated January 17, 2009, is attached as **Exhibit A**. I believe that everything I wrote in my report is true and accurate.

DECLARATION OF THOMAS P. McLAUGHLIN IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT
(C11-2026-JCC-BAT) - 2

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200

1    I declare under penalty of perjury under the laws of the State of Washington that the

2 foregoing is true and correct.

3    DATED this 28 day of August, 2012, at Seattle, King County, Washington.

4

5    THOMAS P. McLAUGHLIN

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

DECLARATION OF THOMAS P. McLAUGHLIN IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT
(C11-2026-JCC-BAT) - 3

**PETER S. HOLMES**
Seattle City Attorney
600 Fourth Avenue, 4th Floor
P.O. Box 94769
Seattle, WA 98124-4769
(206) 684-8200