# EXHIBIT A

<a>
</a>



**SEATTLE POLICE DEPARTMENT**
GENERAL OCCURRENCE HARDCOPY
RECORDS REQUEST COPY

GO# 2009-20501 REFERRED - KCPA - ADULT          1305-0 ASSLT-AGG-WEAPON

Follow Up Report #  4

# Follow Up Report #  4

### Assignment Information
Assigned to: **6259 - MCLAUGHLIN, THOMAS P**   Rank:
Assigned on: **Jan-17-2009  (Sat.) 527**   by: **6259 - MCLAUGHLIN, THOMAS P**
Report due on: **Jan-17-2009  (Sat.)**

### Submission Information
Submitted on: **Jan-17-2009  (Sat.) 421**
Approved on: **Jan-17-2009  (Sat.)**    by: **6193 - HOTNIT, COLIN E (Former Employee)**
**Follow Up Conclusion**
Follow Up concluded: **YES**

---

### Narrative Text Report # 1
Document: **STATEMENT**
Author: **6259 - MCLAUGHLIN, THOMAS P**
Subject: **OFFICER STATEMENT**
Related date/time: **Jan-17-2009  (Sat.) 301**

```
On 01-17-09 at about 0205 hours I was working a two Officer marked Patrol
Unit, 3M12 with my Partner Officer R.C. Traverso #5095. We arrived at 3 Av
/ Bell St as 3M32 called out an on view disturbance. Several Officers had
already arrived and S/ Hassan was already in custody. Officer Frame was
speaking with V/ Adams and several others. I could see blood on Adams'
face. Officer Frame pointed out a male and stated he was a possible
witness. I spoke to a Hobbs, Darryl A [Redacted] Hobbs told me that he was
at 3 Av/ Bell and heard the male with "DREDS" and pointed to S/ Hassan,
call one of the female a bitch. Hobbes told me that Hassan was talking
trash to the girls and that at some point [Redacted]s guys began fighting
with Hassan. Hobbs saw Hassan throw the knife into the Dog Park area and
directed Officers to the general area of the knife. I then returned to the
W. Pct and completed the superform and this statement.
```

---

### Narrative Text Report # 2
Document: **[REPORT SNAPSHOT]**
Author: **6259 - MCLAUGHLIN, THOMAS P**
Subject: **REPORT SNAPSHOT**
Related date/time: **Jan-17-2009  (Sat.) 331**

```
Textual representation of the officer's MRE report
```

---

For: **7368**   Printed On: **Apr-24-2012  (Tue.)**                      Page 25 of 59

5
Confidential                                                              HAS000027



**SEATTLE POLICE DEPARTMENT**
**GENERAL OCCURRENCE HARDCOPY**
RECORDS REQUEST COPY

GO# 2009-20501 REFERRED - KCPA - ADULT                    1305-0 ASSLT-AGG-WEAPON

Follow Up Report # 4

REPORT INFORMATION
====================================================================
Offense # : 20501
Offense year : 2009
Submitted by : 6259 (MCLAUGHLIN, THOMAS PA (6259))
Date reported : 01-17-2009


NARRATIVE TEXT
====================================================================
Subject : OFFICER STATEMENT
Type of text : ST (STATEMENT)
Author : 6259 (MCLAUGHLIN, THOMAS PA)
Related Date : 01-17-2009
Time : 0301
On 01-17-09 at about 0205 hours I was working a two Officer marked Patrol
Unit, 3M12 with my Partner Officer R.C. Traverso #5095. We arrived at 3 Av
/ Bell St as 3M32 called out an on view disturbance. Several Officers had
already arrived and S/ Hassan was already in custody. Officer Frame was
speaking with V/ Adams and several others. I could see blood on Adams'
face. Officer Frame pointed out a male and stated he was a possible
witness. I spoke to a Hobbs, Darryl A [Redacted]. Hobbs told me that he was
at 3 Av/ Bell and heard the male with "DREDS" and pointed to S/ Hassan,
call one of the female a bitch. Hobbes t[Redacted]at Hassan was talking
trash to the girls and that at some point the others guys began fighting
with Hassan. Hobbs saw Hassan throw the knife into the Dog Park area and
directed Officers to the general area of the knife. I then returned to the
W. Pct and completed the superform and this statement.